IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RYAN WHEELER                                                    PLAINTIFF

    v.                    No. 05-2077

SHERIFF FRANK ATKINSON;
NURSE CRYSTAL REED; and
NURSE CHRISTY COLLIER                                           DEFENDANTS

## **O R D E R**

Now on this 14th day of September 2005, there comes on for consideration the report and recommendation filed herein on August 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims are dismissed on the grounds that he has failed to prosecute this action and obey the rules of the court requiring him to keep the court informed of his address. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                  /s/ Robert T. Dawson
                                                  Robert T. Dawson
                                                  United States District Judge